IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRANCE DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17−cv−1333−NJR |
| | ) | |
| J. BALDWIN, | ) | |
| JHON DOE 1, | ) | |
| JHON DOE 2, | ) | |
| JHON DOE 3, | ) | |
| JHON DOE 4, and | ) | |
| JHON DOE 5 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This case is now before the Court for a preliminary review of Plaintiff Terrance Daugherty's Complaint pursuant to 28 U.S.C. § 1915A. (Doc. 1). Upon review of the Complaint and the pleadings and orders filed in *Daugherty v. Durbin*, Case No. 17-cv-0809-MJR-SCW (S.D. 2017) ("related action"), it is clear that the Complaint should have been filed as part of the materials submitted in connection with Plaintiff's Motion to File an amended complaint in the related action. In fact, the Complaint in this case is an exact copy of the complaint in the related action and bears a signature date of June 14, 2017. (Doc. 1, p. 14). The only difference appears to be that this Complaint contains exhibits in support. As the Complaint is identical to the complaint in the related action, which has been proceeding for approximately six months, this case shall be closed without the imposition of a filing fee, and the pleading identified in this

1

action as the complaint shall be added to the materials in support of Plaintiff's Motion to file an amended complaint in the related action.

The **CLERK** is directed to **CLOSE** this case. No filing fee is assessed for this action. Further the **CLERK** is directed to include the pleading identified in this action as the complaint (Doc. 1) as part of the materials submitted in support of the Motion to Amend in the *Daugherty v. Durbin*, Case No. 17-cv-809-MJR-SCW (S.D. 2017).

**IT IS SO ORDERED.**

**DATED: December 12, 2017**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**